```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LEAH T. PUGH by                :
OWEATER PUGH,                  :
                               :
    Plaintiff,             :
                               :
vs.                            :   CIVIL ACTION 02-0465-M
                               :
JO ANNE B. BARNHART,           :
Commissioner of                :
Social Security,               :
                               :
    Defendant.             :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** a fee of $4,862.50 for her services before this Court. It is **FURTHER ORDERED** that Ms. Pierce refund to Plaintiff the sum of $1,562.50, which sum represents the EAJA fee she was awarded. No costs are taxed.

    DONE this 26th day of January, 2006.

                              <u>s/BERT W. MILLING, JR.</u>
                              UNITED STATES MAGISTRATE JUDGE